**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINDA GAUB,

    Petitioner,

v.                                    Case No: 8:12-cv-2550-T-30EAJ

WAL-MART STORES INC and WAL-MART STORES, INC. CORPORATION GRANTOR TRUST,

    Respondents.

---

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #44). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of December, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2550 dismissal 44.docx